Ham, Judge.
 

 -After stating the case as above, proceeded: The doubts which have brought the case before us are not readily discerned. The condition is that
 
 Morgan Hudspeth
 
 shall pay all the costs, that shall or may accrue upon a contingency that may happen after that time, namely,
 
 a. failure
 
 faithfully to prosecute the suit against
 
 Wilson.
 
 Such failure has taken place, and
 
 Hudspeth
 
 has failed to pay the costs. The defendants are therefore bound to pay all the costs accruing therein. All the costs are •the costs which accrued before, as well as the costs which accrued after the date of the prosecution bond given by the defendants.
 

 Ter Curiam. — JudgmeNT affirmed.